**Criminal Case Cover Sheet**  U.S. District Court - District of Massachusetts

**Place of Offense:** Massachusetts  **Category No.** II  **Investigating Agency** ATF/MSP

**City** Fall River  
**County** Bristol

**Related Case Information:**
- Superseding Ind./ Inf. _____  Case No. _____
- Same Defendant _____  New Defendant _____
- Magistrate Judge Case Number: 25-MJ-1492-DLC
- Search Warrant Case Number: 25-MJ-1479 to - 1482
- R 20/R 40 from District of _____

Is this case related to an existing criminal action pursuant to Rule 40.1(h)? If yes, case number _____  ☐ Yes  ☑ No

**Defendant Information:**

Defendant Name: Gregory LEWIS III  Juvenile: ☐ Yes  ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes  ☑ No

Alias Name: _____

Address: Fall River, MA

Birth date (Yr only): 1995  SSN (last 4#): 9366  Sex: M  Race: W  Nationality: _____

**Defense Counsel if known:** _____  Address: _____

Bar Number: _____

**U.S. Attorney Information**

AUSA: John J. Reynolds, III  Bar Number if applicable: _____

**Interpreter:** ☐ Yes  ☑ No  List language and/or dialect: _____

**Victims:** ☐ Yes  ☑ No  If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes ☐ No

**Matter to be SEALED:** ☐ Yes  ☑ No

☐ Warrant Requested  ☐ Regular Process  ☑ In Custody

**Location Status:** _____

**Arrest Date:** 11/21/2025

☑ Already in Federal Custody as of 11/21/2025 in Fall River.
☐ Already in State Custody at _____  ☐ Serving Sentence  ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by: _____  on _____

**Charging Document:** ☑ Complaint  ☐ Information  ☐ Indictment

**Total # of Counts:** ☐ Petty  ☐ Misdemeanor  ☑ Felony 1

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 11/21/2025  Signature of AUSA: *John J. Reynolds III*

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**    Gregory LEWIS III

## U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 21 U.S.C. § 841(a)(1) and (b)(1)(B)(iii) | Dist. of 28 G more of a mixture and substance containing a detectable amount of Cocaine Base | 1 |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**